Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| CHRISTIAN DAVID LAZARO<br><br>CHUONG THIEN THAI-LAZARO | ) Chapter 13<br>)<br>) Case No.: 8:08-bk-17642-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) (Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300817** in the sum of **$1,531.55** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

CHRISTIAN DAVID LAZARO
130 ORCHARD
IRVINE, CA 30156

Date: August 7, 2010

_/s/ Amrane Cohen_
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0817642 | CHRISTIAN DAVID LAZARO & CHUONG THIEN THAI-LAZARO ACCT: | XXX-XX-0346 Claim: 00000    XXX-XX-2581 | 1,531.55 | 0.00 | 1,531.55 |
| | | TOTALS | 1,531.55 | 0.00 | 1,531.55 |

CHRISTIAN DAVID LAZARO
CHUONG THIEN THAI-LAZARO
BALANCE:            [0.00  1/00000]
SSN: XXX-XX-0346    SSN: XXX-XX-2581
ACCT:                           CASE: 0817642
PRINCIPAL:    1,531.55    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0300817

Jul 23, 2010

VOID 90 DAYS FROM DATE

*****$1,531.55

**PAY**    One Thousand Five Hundred Thirty One And 55 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.) & CHUONG THIEN THAI-LAZARO
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈030817⑈ ⑆061100790⑆ 000000575186 2⑈